# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| **JANE DOE,** *a minor, by and through her* *next friend and mother,* **MARY DOE**, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07-CV-142-DRH-CJP |
| **ST. CLAIR COUNTY, ILLINOIS, et al.** | ) | |

## ORDER

Before the Court is Defendants' Joint Motion for Substitution of the Real Parties in Interest. (Doc. 50). Having considered the reasons set forth in said Motion, Plaintiff is Ordered to file an amended complaint within 21 days naming the real parties in interest. The Court further orders that the use of assumed or fictitious names is no longer necessary or allowed. Plaintiffs' amended complaint shall use the real names of all parties to this suit. Defendants' Joint Motion (Doc. 50) is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: February 28, 2008

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**