IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KRYSTAL HAWKINS, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil No. **07-142-DRH-CJP** |
| | ) | |
| **ST. CLAIR COUNTY, ILLINOIS, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the defendants' joint motion to compel plaintiff Krystal Hawkins to produce diaries and journals for the period of May 2006 through February 2007. **(Doc. 44).** According to the defendants, although such documents were encompassed by a request for production, they were never produced, but were later revealed by Hawkins during her deposition. In the event the requested documents are not in Hawkins' possession or control, defendants request that she reveal the last known whereabouts of the documents. Plaintiff has not filed a response to the subject motion.

**IT IS HEREBY ORDERED** that, for good cause shown, the defendants' motion to compel **(Doc. 44)** is **GRANTED** in all respects. On or before **September 25, 2008**, plaintiff Krystal Hawkins shall produce to the defendants, her diaries and journals for the period of May 2006 through February 2007. In the event the diaries and journals are not in Hawkins' possession or control, she shall reveal the last known whereabouts of the documents.

**DATED: September 11, 2008**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**