IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KRYSTAL HAWKINS and
SAMANTHA PEPOS,

Plaintiff,

v.

ST. CLAIR COUNTY, ILLINOIS, et al.,

Defendant.                                            No. 07-142-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a stipulation of dismissal (Doc. 157) filed by Plaintiffs and Defendants. Specifically, the parties move to dismiss, with prejudice, all claims against Defendants St. Clair County, Illinois, Ronald Schaefer, James Beever, and Richard Jenkins. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice** all of Plaintiffs Krystal Hawkins and Samantha Pepos' claims against Defendants St. Clair County, Illinois, Ronald Schaefer, James Beever, and Richard Jenkins. The Court notes that the Clerk of Court cannot enter judgment in this case because several Defendants were previously dismissed without prejudice on November 24, 2008 (See Doc. 123). In order to enter judgment, the Plaintiffs would have to convert that dismissal to "with prejudice" in order for the

Clerk to enter judgment. Instead, the Court will close the file.

**IT IS SO ORDERED.**
Signed this 7th day of May, 2009.

/s/     DavidRHerndon

**Chief Judge**
**United States District Court**